UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

Eastern District of Kentucky
**FILED**
OCT 14 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JOSALYN JOHNSON,

    Plaintiff,

Vs.                      Civil Action No. 3:07-cv-00062-KKC

FLUOR CORPORATION, ET AL.

    Defendants.

## CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date came on for hearing Plaintiff's request for a dismissal without prejudice of her claims in this matter.

IT IS THEREFORE ordered, adjudged and decreed that Plaintiff's claim in this court and cause are dismissed without prejudice.

_10/14/08_
Date

_Karen Caldwell_
U.S. District Court Judge

APPROVED AS TO FORM:

/s/Mark Ledbetter
TN #17637
AR #74175
254 Court-Suite 305
Memphis, TN 38103
(901) 523-8153

1