UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at FRANKFORT

CIVIL ACTION NO. 3:07-62-KKC

JOSALYN JOHNSON,     PLAINTIFF

v.     **ORDER**

FLUOR CORPORATION, et al.,     DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

This matter having come before the Court by a Consent Order of Dismissal without prejudice [DE 47],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is dismissed without prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

This the 14th day of October, 2008.



Signed By:

*Karen K. Caldwell*  KKC

**United States District Judge**